~~United States Court Anchorage Alask~~

RECEIVED
JUN 29 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

~~¥~~ 1983 Action 42 USC

Robert Abel V. Anch. U.S. Court U.S.
Jun 19, 06
May 20, 06                Case # 3:06-cv-00156 JWS

This U.S. Court other U.S. Courts U.S. Gov. has been alerted are aware of R. Abel 22 yrs, 8 mo. illegal incarceration done nothing to correct it.

This Court US Gov. has join a conspiracy FRAUD (noted) Lying Corruption not to expose to U.S. Public the Lying Corrupt Fraud FORGED Alaska ~~Alaska~~ Court and Legal System. (U.S Gov)

This Court can will make there own Rules Regulations Procedure.

There is no need our Justice in this (State) (Fed.) system our 1983- 2254- 2244 is a farce. Due fact again you make your own (system) Rules to cover out of Balance Alaska if you have considerable money as O.J. Simpson then you can buy justice

The following FACTS are what this U.S. Court US Gov. is guilty of.

This U.S. Court has ignored Norton V. Graven wrote by 9th Cir. U.S. Court Reads in part entering the States (Alaska Sup Ct) Highest Court Supreme Court. You have exhausted all State remedies
① over

R. Abel entered State Supreme Court in 1988 1997 exhausting all State Remedies, constant complain and cover (U.S. Gov.) the fact R. Abel is innocent, this court join conspiracy with claim (<u>Lie</u>) R. Abel only exhausted the Heat Passion Issue

This court sent R. Abel case to U.S. Kodiak court Judge Holland refused to sign it. Reason this case could not be observed in Anch. U.S. Court.

FBI (U.S. Gov) Justice Dept. Wash. D.C. wrote 303 pg doc. R. Abel trial.
FBI #44-B-AN-9167-1 R. Abel Civil Rights

R. Abel entered 25 cases this U.S. Court 4 these cases #94-487 - 95-418 - 95-462 02-0080 left <u>Pending</u> not to be discussed with the general public US courts do not leave US cases pending.

US Judge Singleton wrote 5-17-02 case 02-0080 A Foolish Consistency is Hob-Goblin of Small Minds.

What Singleton has admitted to is a consistency to only view Heat Passion issue is Hob Goblin Small Minds.

First U.S. Court U.S. Gov. would only view Heat Passion issue now with all issues

(2)

VALID THAT AFFIRMS R. ABEL IS INNOCENT THIS COURT U.S. GOV STATE ALASKA REFUSE TO ANSWER.

FOR 20 YRS. THERE WAS NO COMMITMENT OF JUDGMENT OF R. ABEL PHONEY TRIAL 3PAS-83-1269 WITHOUT NO REQUEST FOR R. ABEL CT. TRANS. THAT AFFIRMS R. ABEL IS INNOCENT

R. ABEL NOW HAS TWO DIFFERENT COMMITMENT OF JUDGMENT DATED FEB 27. 1984 <u>FORGED</u> FRAUD BY JUDGE BEVERLY CUTLER PALMER ALASKA.

BEVERLY CUTLER MADE R. ABEL CT. TRANS. 3PAS-83-1269 NOT AVAILABLE TO PUBLIC. DUE FACT IT AFFIRMS R. ABEL IS INNOCENT

THE WAY THE ALASKA APPEAL COURT COVERS UP THIS LYING CORRUPTION R. ABEL CASE A-6272 IS MADE MEMORANDUM OPINION # 3676 A6272 THEN BURIED IN DUNGEON 303 K. ST. NOTED BY COURT ACCORDINGLY THIS MEMORANDUM DECISION MAY NOT BE CITED FOR ANY PROPOSITION OF LAW NOR AS PROPER RESOLUTION OF ANY ISSUE. THE ALASKA APPEAL CT. KNOWS THE PROBLEM WROTE IT PG. 5 IN A-6272 TACTICAL BY PASS BY R. ABEL ATTORNEYS

(3)

THIS U.S. COURT U.S. GOV. WROTE THE FOLLOWING IN DOCKET A-02-0080 FEB 14, 2006 INCLUDING TERMINATED ~~Cou~~ PARTIES IS U.S. JUDGE SINGLETON RETIRED? EXCLUDING TERMINATED COUNSEL IS U.S. ATTY VALARIE TEHAN REFUSED TO ASSIST R. ABEL EFFECT HIS RELEASE FROM PRISON.
DIVERSITY JURISDICTION PLF-DEF NOTED 3 IS FRAUD IN THIS CASE FEDERAL QUESTION U.S. GOV. NOT A PARTY FEDERAL STATUES OF 2244 ROBERT ABEL PRO PER.
STATE OF ALASKA NO COUNSEL FOUND FOR THIS PARTY. DUE FACT STATE ALASKA AGAIN FAILED TO APPEAR ARE GUILTY THIS CASE MUST BE DISMISSED IN FAVOR OF R. ABEL.
  THIS COURT NOTED R. ABEL MUST SHOW 2244(B)(2) IN PART THE FACTS EVIDENCE ESTABLISH NO REASONABLE FACT FINDER WOULD FOUND APPLICANT R. ABEL GUILTY.
THIS U.S. COURT U.S. GOV. HAS FAILED TO ACOMPLISH JUSTICE. FAILED THE US PUBLIC WHO PAY THEM.
  THIS US COURT HAS JOIN CONSPIRACY LYING CORRUPTION HAS ITS OWN PRIVATE JUSTICE SYSTEM. THAT AMOUNTS TO NO WIN NO JUSTICE.

(4)

THE 9TH CIR. U.S. COURT GRANTED THIS SUCCESSIVE PETITION THE DECISION TO GRANT THE PETITION IS MADE BY 3 APPEAL COURT JUDGES THE PETITION THEN ENTER INTO ANCH. U.S. COURT

THIS CASE <u>MUST BE</u> REMANDED TO THIS COURT WHERE IT BELONGS.

THE 9TH CIR. COURT COMMISSIONER PETER SHAW WROTE 3-9-06 # 06-35149.

THE DISTRICT COURT HAS NOT ISSUED OR DECLINED TO ISSUE A CERTIFICATE OF APPEALABILITY IN THIS APPEAL WHICH APPEARS TO ARISE FROM DENIAL OF PETITIONERS MOTION FOR RELIEF FROM JUDGMENT.

R.ABEL NOT RECIEVED SEND IT

THE 9TH CIR. HAS JOIN CONSPIRACY LYING AND CORRUPTION LEADING ANCH. COURT INTO WHAT THEY WANT TO HEAR.

R.ABEL REQUEST LYING CORRUPTION FRAUD MANUVERING SCAMS CONS END NOW. YOU ACOMPLISH JUSTICE AS U.S. PUBLIC PAYS YOU TO DO. R.ABEL IS ENTERING THIS CASE IN FORMA PAUPERIS. IMMEDIATE EXPEDITED ACTION NOTED

R.ABEL IS SUING THIS U.S. COURT U.S. GOV. FOR ILLEGAL INCARCERATION 5 MILL $ BEING AWARE OF R.ABEL 22yr 8mo NOW DOING NOTHING TO CORRECT IT. 42 USC READS (5) OVER OTHER REDRESS IS RELEASE FROM P'KISON REVERSE CONVICTION REMOVE FROM RECORDS. /s/ Robert Abel ROBERT ABEL

ANCHORAGE ALASKA U.S. COURT

PROOF OF SERVICE
I ROBERT ABEL HAVE SEND TRUE EXACT COPY TO ADDRESS BELOW.

U.S. ATTORNEY.
222 W. 7TH. AVE.
ANCHORAGE ALASKA

/s/ Robert Abel  ROBERT ABEL  MAY 20. 06

(6)