**Name:** Robert Abel

**Prison Number:** 9633

**Mailing Address, Zip Code, Place of Confinement:** Anchorage Correctional Complex West, 1300 E 4th Ave, Anchorage Alaska 99501

RECEIVED
JUN 29 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Robert Abel
Plaintiff,

vs.

United States Court
U.S. Gov.
Defendant(s).

**PRISONER'S APPLICATION TO WAIVE PREPAYMENT OF FEES**

CASE NO. 3:06-cv-0056 JWS
(To be supplied by the Court)

I, Robert Abel, declare that I am the (check the appropriate box)

- ☒ Plaintiff (filing civil rights complaint)
- ☐ Petitioner for writ of habeas corpus under 28 U.S.C. §§ 2254 or 2241
- ☐ Appellant (on appeal to the Ninth Circuit)
- ☐ Other _____

in this case. I am unable to prepay the fees for this proceeding or give security because of my poverty, and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all unpaid fees and costs incurred by me in the case.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  **(If "No" DO NOT USE THIS FORM)**

   If "Yes" state the place of your incarceration: Anchorage Correctional Complex West

**IMPORTANT: Have the Department of Corrections fill out the Certification and Calculation portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?  ☐ Yes  ☒ No

   If the answer is "Yes," state both your gross and net salary or wages **per month**, and give the name and address of your employer:

   Gross: _____  Net: _____

   Employer: _____

PS10 (12/05)                Page 1 of 4                 Prisoner Fees

**If the answer to No. 2 is "No,"** state the date of last employment and the amount of the gross and net salary and wages **per month** which you received.

Gross: _____    Net: _____

Employer: _____

Date of Last Employment: _____/_____/_____ (month/day/year)

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment — ☐ Yes   ☐ No
   b. Rent payments, interest, dividends or PFDs — ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments — ☐ Yes   ☐ No
   d. Disability or worker's compensation payments — ☐ Yes   ☐ No
   e. Gifts or inheritances *$50.00 FROM MANSON 12-21-05* — ☒ Yes   ☐ No
   f. Any other sources — ☐ Yes   ☐ No

   If the answer to any of the above is "Yes," describe each source and state the **amount** and **when received** and what you expect you will **continue to receive**.
   _$50.00 GIFT 12-21-05 WILL RECIEVE NO MORE_

4. Do you have **any** cash?   ☐ Yes   ☒ No
   State the total amount and location: _____

5. Do you have any checking account(s)?   ☐ Yes   ☒ No

   a. Name(s) and address(es) of bank(s): _____

   b. Present balance(s) in account(s): _____

6. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
   ☐ Yes   ☐ No

   a. Name(s) and address(es) of financial institution(s) _____

   b. Present balance(s) in account(s): _____

7. Do you own an automobile or other motor vehicle?   ☐ Yes   ☒ No
   a. Make: _____   Year: _____   Model: _____
   b. Is it financed?   ☐ Yes   ☐ No
   c. If so, what is the amount owed? _____

8.  Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?  ☐ Yes  ☒ No

    If "Yes" describe the property and state its value: _____

9.  Do you have any other assets or personal property other than clothing?  ☐ Yes  ☒ No

    If "Yes" list the asset(s) and state the value of each asset listed: _____

10. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?  ☐ Yes  ☒ No

    If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer:

11. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**):

    Name_____ Relationship_____ Support: $_____
    Name_____ Relationship_____ Support: $_____
    Name_____ Relationship_____ Support: $_____
    Name_____ Relationship_____ Support: $_____

### DECLARATION UNDER PENALTY OF PERJURY

**I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.**

Executed on: __6-23-06__
                DATE                            SIGNATURE OF APPLICANT

|THE CERTIFICATION & CALCULATION ON THE FOLLOWING PAGE MUST BE COMPLETED!|

## AUTHORIZATION

I, __RoBERT ABEL__, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

__6-23-06__
DATE

__/s/ Robert Abel__
SIGNATURE OF APPLICANT

__RoBERT ABEL__
COMMITTED NAME OF APPLICANT
(Type or Print)

__9633__
INMATE NO.

## CERTIFICATION AND CALCULATION
(To be completed by the Department of Corrections)

I certify that the applicant has the (available) sum of $ __0 (Zero)__ on account to his/her credit at __Anchorage Correctional Complex__ (name of institution).

I certify that during the past six months, the average monthly **deposits** to the applicant's account was $ __0 (Zero)__, and 20% of that is $ __0 (Zero)__.

I further certify that during the past six months, the average monthly **balance** in the applicant's account was $ __0 (Zero)__, and 20% of that is $ __0 (Zero)__.

**Please attach certified copy of applicant's account statement showing transactions for past six months.**

__6-26-06__
DATE

__Richard M. Boyer__
Anchorage Correctional Complex AUTHORIZED OFFICER
1300 E 4th Avenue       Commissary Officer
Anchorage, Alaska 99501
TITLE and NAME OF AGENCY