# STATE OF ALASKA

## DEPARTMENT OF CORRECTIONS

*Frank Murkowski, GOVERNOR*

REPLY TO:

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

**RECEIVED**
**JUN 2 9 2006**
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

June 14, 2006

Robert N. Abel
c/o Anchorage Correctional Complex West
1300 E. 4th Avenue
Anchorage, Alaska 99501

Dear Mr. Abel:

**RE: Prisoner Account Statement**

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **9633** the time period **December 2005** through **May 2006** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1.) The average monthly deposit for the time period indicated above was $**8.33** and 20% of this amount equals $**1.66**.

and,

2.) The average balance for the time period indicated above was $**0** and 20% of this amount equals $**0**.

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosure/s

Sincerely,

Mary Engdahl, Accounting Tech III
Division of Administrative Services/DOC

## Alaska Department of Corrections
### COOK INLET PRETRIAL
### STATEMENT OF ACCOUNT
#### Offender Account Activity

Statement Date: 12/01/2005    To: 12/31/2005

Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 0.00 |
| 564819 | 12/22/2005 | Cash Receipt - HANSON |  | 50.00 | 50.00 |
| 565627 | 12/27/2005 | 12/06/2003 89346 | 20.00 |  | 30.00 |
| 565628 | 12/27/2005 | 09/16/2004 SCCC--51---118811 | 3.80 |  | 26.20 |
| 565629 | 12/27/2005 | 12/09/2004 SCCC  50--124972 | 4.00 |  | 22.20 |
| 565630 | 12/27/2005 | 12/09/2004 SCCC  51--124972 | 4.00 |  | 18.20 |
| 565631 | 12/27/2005 | 12/14/2004 SCCC  51---124998 | 4.00 |  | 14.20 |
| 565632 | 12/27/2005 | 03/05/2005 SCCC--50---129103 | 4.00 |  | 10.20 |
| 565633 | 12/27/2005 | 03/05/2005 SCCC--51---129103 | 4.00 |  | 6.20 |
| 565634 | 12/27/2005 | 03/30/2005 sccc-51-129124 | 4.00 |  | 2.20 |
| 565635 | 12/27/2005 | 03/14/2005 SCCC--51---124678 | 2.20 |  | 0.00 |
|  |  | Ending Balance |  |  | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE    DATE

Offender #: 9633    USP #: 9633    ABEL, ROBERT NORMAN        Location: COOK INLET PRET    Cell: H08B

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 01/01/2006    To: 01/31/2006                    Page 1 of 1

### ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document.

SIGNATURE    DATE 6/14/06

Offender #: 9633    USP #: 9633    ABEL, ROBERT NORMAN            Location: COOK INLET PRET    Cell: H08B

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
**Offender Account Activity**

Statement Date: 02/01/2006   To: 02/28/2006                                  Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document.
SIGNATURE                    DATE

Offender #: 9633   USP #: 9633   ABEL, ROBERT NORMAN             Location: COOK INLET PRET   Cell: H08B

Offender #: 9633   USP #: 9633   ABEL, ROBERT NORMAN   Location: COOK INLET PRET   Cell: H08B

## Alaska Department of Corrections
### COOK INLET PRETRIAL
### STATEMENT OF ACCOUNT
#### Offender Account Activity

Statement Date: 03/01/2006   To: 03/31/2006   Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document
SIGNATURE   DATE

Offender #: 9633   USP #: 9633   ABEL, ROBERT NORMAN   Location: COOK INLET PRET   Cell: H08B

Offender #: 9633    USP #: 9633    ABEL, ROBERT NORMAN    Location: COOK INLET PRET    Cell: H08B

## Alaska Department of Corrections
## COOK INLET PRETRIAL
## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 04/01/2006    To: 04/30/2006

Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document.

SIGNATURE    DATE

Offender #: 9633    USP #: 9633    ABEL, ROBERT NORMAN    Location: COOK INLET PRET    Cell: H08B

Offender #: 9633   USP #: 9633   ABEL, ROBERT NORMAN   Location: COOK INLET PRET   Cell: H08B

## Alaska Department of Corrections
### COOK INLET PRETRIAL
### STATEMENT OF ACCOUNT
#### Offender Account Activity

Statement Date: 05/01/2006   To: 05/31/2006   Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document.

_signature_ 6/14/06
SIGNATURE   DATE

Offender #: 9633   USP #: 9633   ABEL, ROBERT NORMAN   Location: COOK INLET PRET   Cell: H08B

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 01/01/2006   To: 06/25/2006

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE

Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

*Richard M. Boyer* (signature)

**MESSAGES:**