U.S. COURT ANCHORAGE ALASKA

Robert Abel V. Anch. U.S. Court U.S. Gov.
Case 3-06 156                    July 3. 06

## Motion

This U.S. Court U.S. Gov. was aware of R. Abel now 22yr 10mo. illegal incarceration has wrote the following.

Including terminated parties
Excluding terminated counsel
Jurisdiction Diversity PLF- DEF
3 (Fraud) Federal Question U.S. Gov. not a party
State Alaska No Counsel found for this party!
This U.S. Court U.S. Gov. also join a conspiracy cover up wrote the following in part
Not to discuss to General Public any part of pending case. (Wrote in 4 US cases)
Motion due these facts immediate release from prison. Remove phoney Fraud3 conviction from Records 5 mill. dollars expedited action and response.

*[signature]*        Robert Abel

RECEIVED
JUL 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### Proof of Service

Robert Abel sent true exact copy to address below.

U.S. Attorney
222 West 7th Ave.
Anchorage Alaska 99513

*[signature]*       Robert Abel
                    7-3-06