**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

ROBERT ABEL,
    Plaintiff,

                      Case Number 3:06-cv-00156-JWS

v.

ANCH U.S. COURTS, U.S. GOV.,
    Defendant.              **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED with prejudice, and this dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

APPROVED:

_/s/_____
JOHN W. SEDWICK
United States District Judge

_____
Date: July 6, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                            _Ida Romack_
                                     Ida Romack, Clerk of Court

[abel 156 judgment.wpd]{JMT2.WPT*Rev.3/03}