U.S. Court Anchorage Alaska
Robert Abel V. Anch. U.S. Court U.S. G
Case 3-06 CV 00156      July 10-06

## Motion

U.S. Judge Sedwick must Recuse from this Case due folling Fact's and Facts Enclosed

Sedwick your Name is typed 7-6-06 under Approved you then wrote this Dismissal you are Bias and Predjudice when this court wrote No Counsel found for this Party! State Alaska was in Default Judgment. This court Failed follow the Rules dismiss this case in R. Abel Favor. Release from Prison you Join Conspiracy Lying Corruption make your own Rules same as your doing Now:

This case Sedwick wrote are Blatanly Frivolous. Sedwick How can you possibly write this when this case is wrote 3-06-00156 3 indicates Fraud in this case. Your aware of Facts Illegal Trial you wrote your own Rules Predjudice Bias your Dishonest Dishonorable must Recuse from This Case Now. This case must continue on to Conclusion of Justice. Expedited Action.

Robert Abel                    Robert Abel