ROBERT ABEL V. ANCH. U.S. COURT U.S. GOV.
3-06-00156        7-10-06

**MOTION TO PROCEDE THIS CASE WAS DISMISSED PREMATURE WITHOUT PROPER CAUSE.**

AS WROTE JUDGE SEDWICK IS PREDJUDICE HAS WROTE FILED A RAMBLING INCOHERENT DOCUMENT.

YET JUDGE SEDWICK UNDERSTOOD WROTE THE FOLLOWING MR. ABEL REQUEST 5 MILL. $ DAMAGE'S ALLEGING THAT THE STATE AND FEDERAL TRIAL APPELLATE COURTS ARE IN CONSPIRACY HAVE DENIED HIS RIGHTS DURING AND AFTER HIS STATE TRIAL.

RESNICK V. HAYES 213 F 3D 443 447 9TH CIR. 2000 WHEN DETERMINING WHETHER A COMPLAIN STATES A CLAIM A COURT MUST ACCEPT AS TRUE ALL ALLEGATIONS OF MATERIAL <u>FACTS</u>! AND MUST CONSTRUE THOSE <u>FACTS</u> IN LIGHT MOST FAVORABLE TO PLAINTIFF R. ABEL

JUDGE SEDWICK YOU HAVE FAILED TO READ ABOVE TAKE PROPER ACTION. THESE ARE FACTS PLEASE ANSWER TO THESE <u>FACTS</u> WROTE IN 3-02-0080 FEB 14 2006 ALSO 3 IS WROTE IN THIS CASE # 3-06-00156. 3 INDICATES FRAUD IN THESE CASE'S ANSWER THIS,

INCLUDING TERMINATED PARTIES. JUDGE SINGLETON ANSWER THIS, EXCLUDING TERMINATED COUNSEL WAS U.S. ATTY. VALARIE TEHAN REFUSED TO ASSIST R. ABEL. (1) OVER

Jurisdiction S. Federal Question U.S. Gov. Not a Party. Diversity Jurisdiction of PLF and DEF. Judge Sidwick you do have Jurisdiction U.S. Gov. Taken Jurisdiction due Fraud 3 in these cases Judge Sedwick Answer to this.

Alaska State of NO counsel found for this Party. At this time the case must be dismissed in R. Abel favor there is no other decision. Judge Sedwick you Must answer to this

If success in that action would necessarily demonstrate invalidity of confinement or its duration. Butterfield V. Bail 120 F 3d 1023 1025 9th Cir. 1997

This is the case with R. Abel Now Judge Sedwick this action would demonstrate without question or doubt illegal trial results 22yrs illegal incarceration (duration) Judge Sedwick you failed to read take action please answer this.

Judge Sedwick you wrote the following If in fact R. Abel is challenging the fact or duration of his confinement he may not do so through a civil rights action instead habeas corpus is his exclusive remedy.

Sedwick note your if you are making your own rules writing what suits pleases you

(2)

I WROTE 42 USC NO WORDS ADDED OR SUBTRACTED NO IF'S
 42 USC READS EXACT ANY PERSON OR PERSONS WHO DEPRIVE A CITIZEN OF HIS CIVIL RIGHTS IS LIABLE TO LAW SUIT (5 MILL. $ THIS CASE) OTHER REDRESS THIS CASE RELEASE FROM PRISON REMOVE FROM RECORD NO ONE IS IMUNE NOTE PERSON PERSON'S

I WROTE THIS COURT U.S. GOV. WAS AWARE OF ILLEGAL TRIAL DID NOTHING TO CORRECT IT. JOIN A CONSPIRACY OF LYING CORRUPTION MADE THERE OWN RULES TO COVER THIS UP.

WHEN THIS COURT WROTE 3 IN CASE 02-0080 3-06-CV 00156 3 INDICATES FRAUD 3 IS INCLUDED IN JURISDICTION OF R. ABEL IS FRAUD

AFFIRMS THIS U.S. COURT U.S. GOV. WAS AWARE OF R. ABEL TRIAL DID NOTHING TO CORRECT IT RESULTS 22YR 10MO. ILLEGAL INCARCERATION

WROTE BY THIS COURT MAY 17 02-02-0080 3 OTHER U.S. CASES TO DISCUSS ANY ASPECT OF PENDING CASE WITH THE GENERAL PUBLIC

U.S. COURTS DO NOT LEAVE CASES PENDING ALL CASES MUST BE AVAILABLE TO PUBLIC. AFFIRMS THIS COURTS COVER UP JOINING CONSPIRACY OF LYING AND CORRUPTION

THIS COURT IGNOR THE RULES OF NORTON V. GRAVEN 9TH CIR. READS IN PART ENTERING STATE SUPREME COURT YOU HAVE EXHAUSTED STATE REMEDIES. R. ABEL ENTER SECOND TIME. THIS COURT ALSO WROTE THIS COURT THERE FORE GRANTS ABEL A CERTIFICATE AS TO ALL ISSUES 12 HE WISH (3) TO RAISE.

A FOOLISH CONSISTENCY IS HOBGOBLIN OF SMALL MINDS EXPLANATION FOOLISH CONSISTENCY (TO VIEW ONLY HEAT PASSION) AFFIRMS THIS COURT WAS AWARE OF 11 ISSUES JOIN CONSPIRACY OF LYING CORRUPTION TO COVER IT UP.

*[signature]* ROBERT ABEL

PROOF OF SERVICE

I ROBERT ABEL HAVE SENT A TRUE EXACT COPY'S OF THESE TWO DOCUMENTS TO ADDRESS BELOW                7-10-06
*[signature]*    ROBERT ABEL

U.S. ATTORNEY
U.S. COURT HOUSE
222 W. 7TH AVE.
ANCHORAGE ALASKA 99513-7564

FOOT NOTE
SEDWICK IF YOU CONTINUE WITH YOUR OBVIOUS LYING MAKE YOUR OWN RULES YOUR CONSPIRACY YOU THEN CONTRIBUTE TO YOUR OWN SELF DESTRUCTION OF U.S. JUDGE AND JUSTICE SYSTEM R.A.
    CC TO SUP. CT. WASH. DC