U.S. COURT ANCHORAGE ALASKA

ROBERT ABEL V. ANCH. U.S. COURT RECEIVED.
CASE 3-06 CV-156    July 17, 06    JUL 18 2006

MOTION    CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ACOMPLISH ONLY LEGAL JUSTICE.
DO NOT WRITE YOUR OWN RULES ONLY WHAT FAVORS YOU SEDWICK
  ANSWER TO THESE FACT'S TRUTH. YOU HAVE PROBLEM USING THESE WORDS
SEDWICK HOLLAND SINGLETON YOU HAVE OPPERATED ANCH. U.S. COURT WITH YOUR OWN RULES FOR MANY YEARS WHEN YOU CANT DO THIS OUR CHALENGED YOU GET VERY MAD SEEK REVENGE AS IN THIS CASE. NOTE DOCKET SHEET 3-02-00080 READS TERMINATED PARTIES SINGLETON RETIRED OR TERMINATED? SEDWICK YOU COULD BE NEXT
  SEDWICK 3 = FRAUD APPEARS IN THIS CASE 3-06-156 ALSO 3-02-00080
3 = FRAUD WHEN U.S. GOV. TAKEN JURISDICTION OF R. ABEL
  HOLLAND SENT MY U.S. CASE FROM THIS COURT TO KODIAK JUDGE JAMIN HOLLAND DID NOT SIGN IT.
  4 OF R. ABEL CASES LEFT PENDING NOT BE DISCUSSED WITH THE GENERAL PUBLIC YOUR GREAT CONCERN
U.S. COURTS DO NOT LEAVE CASES PENDING.
  SEDWICK
  YOU WROTE IF I WAS CHALENGING THE DURATION. I WROTE THIS COURT WAS HWARE U.S.GOV FOR MANY YEARS MY ILLEGAL TRIAL DID NOTHING TO CORRECT IT. RESULTS 22 YRS 10 MO ILLEGAL INCARCERATION NOW

(1) OVER

RE-OPEN

READ'S DOCKET SHEET 3-02-00080 No COUNSEL FOUND FOR THIS PARTY! STATE OF ALASKA. SEDWICK DUE THIS FACT THIS CASE MUST BE DISMISSED IN R. ABEL FAVOR RELEASE FROM PRISON. SUM OF MONEY.

SEDWICK you WROTE YOUR GOING TAKE $1.66 OUT OF EVERY $10.00 IN MY ACCOUNT. THIS IS ONE STRIKE AGAINST ME. I MUST COMMIT A CRIME TO ENTER A STRIKE. ENTERING AS YOU WRITE A FRIVOLOUS CASE IS NOT A CRIME.

SEDWICK DON'T DODGE THESE FACTS TRUTH DO NOT WRITE IN YOUR FAVOR MAKE YOUR OWN RULES DO NOT CONTINUE TO LIE YOUR LIKE A CHILD SPOILED BRAT WHO DOES NOT GET HIS OWN WAY YOU SEDWICK GET MAD GO INTO TEMPER TANTRUM SEEK RETALIATION AND REVENGE AS NOW.

SEDWICK ANSWER TO THESE TRUTH-FACT NOW! THIS CASE MUST CONTINUE MUST BE DISMISSED IN R. ABEL FAVOR MUST BE RELEASE FROM PRISON MUST BE SUM MONEY. SEDWICK DO NOT LYE ANYMORE. ANSWER NOW EXPEDITED AFTER YOUR ANSWER
ROBERT ABEL-SEDWICK RECUSE

PROOF OF SERVICE
I ROBERT ABEL SENT TRUE EXACT COPY TO ADDRESS BELOW

ROBERT ABEL 7-17-06

U.S. ATTORNEY
222 W. 7TH AVE.
ANCHORAGE ALASKA 99513-7564

(2)