U.S. Court Anchorage Alaska

Robert Abel V. Anch U.S. Court U.S.G.

Case 3-06-CV-156   July 19-06

RECEIVED JUL 20 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

## Notice to Appeal

This court has made it's own rules for many years. As in this case.

This court wrote IF ABEL IS CHALENGING the duration. Only course is 2254 28 USC.

I wrote this court was aware of my illegal trial for many years (Did Noting to correct it.) Results 22yr 10mo. illegal incarceration

42 USC Reads any person or persons who deprive a citizen of his constitutional rights is liable to Law suit (5 mill. $) other Redress (Release from PRISON Remove case from Records)

This court refuses to answer to following. This court has left PENDING not to be discuss with the public 4 of R. Abel cases.

US Courts Do Not LEAVE Cases Pending RE-OPEN One case is 3-02-00080 Noted No Counsel Found for State of Alaska. Must be Dissmiss Abel Favor

This case and 3-02-00080 Jurisdiction of R. Abel indicates 3 = Fraud. R. Abel is entering this case IMMEDIATE DECISION Informa Paupous (Indigent) as above case.

   Robert Abel (signature)   Robert Abel

## Proof of Service

I Robert Abel sent true exact copy to address below. (signature) Robert Abel

U.S. Attorney 222 W. 7th Ave.

Anchorage Alaska 99513-7564