UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT N. ABEL,<br><br>　　　Plaintiff - Appellant,<br><br>v.<br><br>ANCHORAGE U.S COURT; et al.,<br><br>　　　Defendants - Appellees. | No.  06-35649<br>D.C. No.  CV-06-00156-JWS<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _The claims are frivolous._
_See the order at docket 5._
_(Copy Attached)_

**REDACTED SIGNATURE**

　　　　　　　　　　／　Judge
　　　　　　　United States District Court

Date: 8-17-06