UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
AUG 2 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

6-3504

**CASE INFORMATION:**
Short Case Title: <u>Abel v. Anchorage U.S. Court Government</u>
Court of Appeals No. (leave blank if unassigned): _____
U.S. District Court Judge Name and Case No.: <u>John W. Sedwick; 3:06-cv-00156-JWS</u>
Date Complaint/Indictment/Petition Filed: <u>6/29/06</u>
Date Appealed Order/Judgment *entered*: <u>7/7/06</u>
Date NOA *filed*: <u>7/20/06</u>
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: <u>n/a</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>no</u>          Date Docket Fee billed: _
Date FP granted: _                        Date FP denied: _
Is FP pending? no                         Was FP Limited/Revoked? no
US Government Appeal?   no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                        Appellee Counsel:
Robert Abel
9633
Anchorage Correctional Complex-West
1300 East 4th Avenue
Anchorage, AK  99501

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _              —
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _____     9th Circuit Docket Number: _____

Name and phone number of person completing this form: <u>Pam Richter</u>
                                                       <u>907-677-6125</u>