U.S. COURT ANCH. ALASKA. U.S. JUDGE JOHN SEDWICK

ROBERT ABEL V. ANCH. U.S. COURT U.S. GOV.

CASE 3-06-CV-156

RECEIVED AUG 29 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, A.K.

A U.S. JUDGE NOTED

EXPLANATION OF CORRUPT LYING FRAUD

U.S. JUDGES U.S. JUDGE JOHN SEDWICK ANCH. U.S. CT.

TO - U.S. JUDGE JOHN SEDWICK SO THERE IS NO DOUBT OR QUESTION WHAT YOUR GUILTY OF.

SEDWICK YOU WROTE 8-17-06 THAT R. ABEL APPEAL WAS NOT IN GOOD FAITH. YOU ATTACH (BY STABLE) THIS TO FRONT OF 6 PG DOC. OF DISMISSAL DATED 7-7-06 CASE # 3-06-CV-156 ALREADY SENT TO 9TH CIR. APPEAL COURT.

SEDWICK YOU DID THIS SO IT WOULD APPEAR TO BE ONE DOCUMENT WHEN IN FACT IT IS TWO DIFFERENT DOCUMENTS ATTACH TOGETHER TO APPEAR AS ONE. DUE FACT THERE IS 40 DAYS DIFFERENT IN DOCUMENTS ALSO THE FRONT ONE OF ONE PAGE YOU DID NOT SIGN. ALSO GAVE THE APPEARANCE OF ONLY ONE DOCUMENT

SEDWICK REFUSING TO SIGN DOC. 8-17-06 CASE # 3-06-CV-156 (INDICATES FRAUD) MAKES DOC. NULL VOID.

SEDWICK THE 9TH CIR. U.S. COURT MADE BACK DOOR UNDER HANDED REQUEST FOR DOCUMENT YOU WROTE 8-17-06 STATING R. ABEL APPEAL WAS NOT IN GOOD FAITH EXCUSE FOR 9TH CIR. U.S. CT. SHOULD HAVE APPEARED IN 7-7-06 3-06-156

SEDWICK WHAT THIS WAS IS ONE LYING FRAUD U.S. JUDGE YOU WERE ONLY TO HAPPY TO ASIST ANOTHER. YOU MAY NEED RETURN FAVOR SAME GETTING YOUR HAND CAUGHT IN YOUR MOTHERS COOKIE JAR. (1)

3

SEDWICK you MANY MORE U.S. JUDGES OPPERATE IN SAME MANNER WITH FRAUD 3 LYING CORRUPTION CONSPIRACY. YOU DO EXACTL AS YOU PLEASE WHEN YOU PLEASE.

YOU MAKE YOUR OWN RULES REGULATIONS SUIT YOURSELF R. ABEL EXPLAIN IN U.S. CASE 3-06-156.

ALL THIS IS DONE NOT TO EXPOSE TO PUBLIC R. ABEL IS INNOCENT. BEEN NOW 23 YRS ILLEGAL INCARCERATION.

SEDWICK I SUGGEST YOU ADMIT TO YOUR LYING FRAUD CONSPIRACY TO THE NEWS PAPERS.

YOU RETIRE (QUIT) IMMEDIATLY. YOU DO NOT OBTAIN RETIRMENT.

YOU SEDWICK REST OPPERATED ANCH. U.S. COURT WITH SAME HONOR HONESTY. FOR MANY YEARS AMOUNTS TO NO WIN NO JUSTICE.

R. ABEL REQUEST INVESTIGATION OF ANCH. U.S. COURT AND 9TH CIR U.S. COURT SAN. CALF.

THESE COURTS WITH THERE LYING FRAUD U.S. JUDGES LITTLE USE TO ANYONE.

*Robert Chik*        ROBERT ABEL

CC TO U.S. SUPREME COURT WASH. DC
FOOT NOTE
ANCH. DAILY NEWS — SEDWICK THESE ARE FACTS AVAILABLE
                NOT THE LYING YOU OPPERATE ON
(2)                                    OVER

SEDWICK NOTE YOUR RESPONSE OF 8-17-06
AND 7-7-06 YOU ATTEMPED TO MAKE LOOK
AS ONLY ONE YOU HAD NO INTENTIONS TO SENT
TO ME CAME THROUGH LSC STAFF
SEDWICK DUE THESE FACTS OF YOUR
DISHONESTY MOTION &FRAUD YOUR PART SEDWICK
RE-OPEN THIS CASE 3-06-CV-156
IMMEDIATE RELEASE FROM PRISON 5 mill #
R.A.
SEDWICK YOUR PHONEY RESPONSE 8-17-06
ATTACH TO 7-7-06 E FILE AT 2:46 PM 8-21-06
THE 9TH CIR. APPEAL COURT CASE 06-35649 E-FILE
BACK NOTICE OF APPEAL 4:24 PM SAME DATE
8-21-06 THIS IS BLIND FOLLOWING THE BLIND.