U.S. COURT ANCHORAGE ALASKA
ROBERT ABEL V. ANCH. U.S. COURT CLERK, U.S. GOV.
CASE 3-06-CV 00156   OCT 16-06

RECEIVED OCT 17 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

Motion Facts To Re-Open Case

U.S. Judge Sedwick Wrote Into This Case 40 Days After He Dismissed It.

Sedwick Then Stable What He Wrote 8-17-06 To His Dismissal of 7-7-06 Would Appear As Only One Response

Sedwick Refused To Sign It.

Sedwick Recieved This Back Door Request From 9th Cir. U.S. Court To Fit There Excuse Rabel Appeal Taken In Bad Faith.

Sedwick Proved This Case. This Court Has It's Own Justice System And Rules To Fix It.

This Court Join Conspiracy Cover Up With 9th Cir. U.S. Court.

3 Indicates Fraud By This Court.

Sedwick Dismissed This Case Without Proper Cause

Conclusion Re-Open This Case Acomplish Justice Respond Expedited.

*[signature]* Robert Abel

NOTE NEW ADDRESS