UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 05 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ROBERT N. ABEL, | No. 06-35649 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-06-00156-JWS |
| v. | District of Alaska, Anchorage |
| ANCHORAGE U.S. COURT; et al., | ORDER |
| Defendants - Appellees. | |

**RECEIVED**

JAN 08 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

On December 1, 2006, this court ordered appellant to pay the filing fees within 21 days, and warned appellant that failure to pay the fees would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not paid the fees. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

*Nina A. M. Greeley*
Nina A. M. Greeley
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 05 2007

by:
Deputy Clerk

S:\MOATT\Clrkords\01.07\nmg\06-35649.wpd